**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 02-cr-00079-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JORGE ARCINIEGA,

        Defendant.

_____

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**
_____

        Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

        **ORDERED** that defendant, JORGE ARCINIEGA, be allowed to travel to Jalisco, Mexico from October 20, 2006, until November 1, 2006.

        **DATED** at Denver, Colorado, this  16th  day of October, 2006.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock
        Chief United States District Judge