**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 02-cr-00079-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JORGE ARCINIEGA,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On August 6, 2004, the defendant commenced a four (4) year term of supervised release. The defendant has been compliant with all conditions of his supervised release, he has completed all special conditions, has not incurred any new law violations, and he is gainfully employed. Accordingly, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this   29th   day of August, 2007.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock
                                              United States District Judge